IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**EMMANUEL JACKSON,**<br><br>    Defendant. | 8:08CR476-2<br><br>ORDER OF DISMISSAL |

IT IS ORDERED:

1. That the Defendant's Motion to Dismiss his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 181, is granted;

2. The § 2255 Motion, ECF No. 158, is dismissed, without prejudice; and

3. The Clerk will mail a copy of this Order to the Defendant at the Defendant's last known address.

Dated this 24th day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge